**Fill in this information to identify the case:**

Debtor name: Amalgamate Processing, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accella Polyurethanes Systems LLC PO Box 734040 Chicago, IL 60673-4040 | | Trade debt | | | | $49,860.00 |
| Advantage Trailer Rentals LLC PO Box 772320 Detroit, MI 48277 | | Trade debt | Disputed | | | $67,381.09 |
| American Leather c/o PNC Bank PO BOX 825677 Philadelphia, PA 19182-5677 | | Trade debt | | | | $25,410.00 |
| Bronco Transportation Services d/b/a Triumph Business Capital PO Box 610028 Dallas, TX 75261-0028 | | Trade debt | | | | $117,363.52 |
| C.H. Robinson Company, Inc. PO Box 9121 Minneapolis, MN 55480-9121 | | Trade debt | | | | $54,040.00 |
| Champion Container Company PO Box 780 Farmersville, TX 75442 | | Trade debt | | | | $22,091.76 |
| David C. Poole Company, Inc. PO Box 2107 Greenville, SC 29602 | | Trade debt | | | | $73,892.14 |

Debtor  **Amalgamate Processing, Inc.**  Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HTS Properties, LLC<br>2141 Hidden Creek Rd<br>Fort Worth, TX 76107 | | Trade Debt | | | | $16,675.00 |
| Innocor - Terrell<br>PO Box 830317<br>Philadelphia, PA 19182-0317 | | Trade debt | | | | $28,085.31 |
| Luxor Staffing<br>PO Box 847678<br>Boston, MA 02284-7678 | | Trade debt | | | | $848,544.76 |
| McKenzie Banking Co.<br>for Mitchell Trans. #362<br>PO Box 936<br>Paris, TN 38242-0936 | | Trade debt | | | | $85,989.76 |
| Mid South Extrusion<br>2015 Jackson Street<br>Monroe, LA 71202 | | Trade debt | | | | $63,163.10 |
| MW South 1033 LLC<br>3825 Camp Bowie Blvd<br>Fort Worth, TX 76107 | | Trade Debt | | | | $49,756.25 |
| Northstar Recycling Company<br>94 Maple St.<br>East Longmeadow, MA 01028 | | Trade debt | | | | $130,744.10 |
| Pratt Corrugated Holdings<br>PO Box 933949<br>Atlanta, GA 31193-3949 | | Trade debt | | | | $50,898.76 |
| Residue National Corp.<br>308 Cross Timbers Drive<br>Georgetown, TX 78628 | | Trade debt | | | | $555,182.95 |
| Shaw Industries Group, Inc.<br>Mail Drop #026-45<br>PO Drawer 2128<br>Dalton, GA 30722-2128 | | Trade debt | | | | $162,480.62 |

Debtor **Amalgamate Processing, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Signal Machine Company, Inc.<br>883 Old Mill Road<br>Ringgold, GA 30736 | | Trade debt | | | | $31,476.02 |
| SSB Manufacturing Co.<br>3585 Atlanta Blvd<br>Box #945655<br>Hapeville, GA 30354 | | Trade debt | | | | $21,811.88 |
| Wm. T. Burnett & Co.<br>PO Box 791157<br>Baltimore, MD 21279-1157 | | Trade debt | | | | $99,316.31 |